DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VERNON M. DIXON, SR.,**
Appellant,

v.

**FLORIDA WORKERS' COMPENSATION JOINT UNDERWRITING
ASSOCIATION, INC.,**
Appellee.

No. 4D22-1407

[January 26, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 502020CA011952.

Patrick St. George Cousins of Cousins Law, APA, West Palm Beach, for appellant.

James A. McKee of Foley & Lardner LLP, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***